IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:10-cv-103 |
| - vs - | : | District Judge Walter Herbert Rice<br>Magistrate Judge Michael R. Merz |
| TONIA R. BURNS, | : | |
| Defendants. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #6), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

It is hereby ORDERED, ADJUDGED, AND DECREED that judgment is entered in the favor of Plaintiff, United States of America, and against Defendant Tonia R. Burns, in the amount of $13,791.36 ($11,550.75 principal, $1,887.45 interest) through July 6, 2010, plus interest thereon at 12.00% per annum from July 6, 2010, until paid and Plaintiff's costs herein incurred.

August _3_, 2010.

_____
Walter Herbert Rice
United States District Judge